IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PATSY SUTTON                                      PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:09CV533-DPJ-JCS

HOSPICE MINISTRIES, INC.                        DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS CAUSE having come before the Court on the request of the parties herein by agreement to dismiss this action with prejudice, and the Court having considered this matter,

IT IS HEREBY ORDERED that this case be dismissed with prejudice, with each party to bear her or its own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of March, 2010.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE

AGREED TO BY:

s/Robert C. Richardson
J. Tucker Mitchell, Esq. (MB #3372)
Robert C. Richardson, Esq. (MB #5330)
COPELAND, COOK, TAYLOR & BUSH, P.A.
*Counsel for Defendant*


s/Victoria J. Prince
Louis H. Watson, Jr. (MB #9053)
Victoria J. Prince (MB #103090)
Louis H. Watson, Jr., P.A.
628 North State Street
Jackson, Mississippi 39202
*Counsel for Plaintiff*